# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTA EVERHART,<br><br>    Plaintiff(s),<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>    Defendant(s). | Case No. 2:22-cv-00026-JCM-NJK<br><br>**Order** |

Pending before the Court is the parties' discovery plan and proposed scheduling order, seeking special scheduling review. Docket No. 10. The Court hereby **SETS** a scheduling conference at 2:30 p.m. on February 22, 2022, in Courtroom 3C.

IT IS SO ORDERED.

Dated: February 16, 2022

_____
Nancy J. Koppe
United States Magistrate Judge