1 DENNIS M. PRINCE
Nevada Bar No. 5092
2 KEVIN T. STRONG
Nevada. Bar. No. 12107
3 ANDREW R. BROWN
Nevada Bar No. 15875
4 **PRINCE LAW GROUP**
10801 W. Charleston Boulevard
5 Suite 560
Las Vegas, Nevada 89135
6 Tel. (702) 534-7600
Fax (702) 534-7601
7 E-Mail: eservice@thedplg.com
Attorneys for Plaintiff
8 *Christa Everhart*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTA EVERHART,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, a foreign corporation; DOES, I through X, inclusive; and ROE BUSINESS, ENTITIES I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-00026-JCM-NJK<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE**<br>**SCHEDULING CONFERENCE**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Christa Everhart, through her counsel of record, Dennis M. Prince, Kevin T. Strong, and Andrew R. Brown of PRINCE LAW GROUP, and Defendant GEICO Advantage Insurance Company, through its counsel of record, Thomas E. Winner and Matthew J. Douglas of WINNER BOOZE & ZARCONE, that the Scheduling Conference, currently set for hearing on March 1, 2022 at 10:30 a.m., be continued to this Court's first available date thereafter. This is the first stipulation to continue the scheduling conference. This Stipulation and [Proposed] Order is submitted in accordance with LR IA 6-1.

. . .

. . .

. . .



On February 16, 2022, this Court entered its Order setting a scheduling conference regarding the parties' proposed discovery plan and scheduling order for Tuesday, February 22, 2022. (ECF No. 11). Due to unforeseen circumstances, this Court, via minute order, continued the discovery conference to Tuesday, March 1, 2022. On March 1, 2022, Plaintiff's undersigned counsel of record will be traveling back to Las Vegas, Nevada from a pre-planned vacation. Therefore, the parties respectfully request this Court to continue the discovery conference to the first available date after March 1, 2022. The parties' requested continuance is not made in bad faith or intended to unnecessarily delay these proceedings.

DATED this 24th day of February, 2022.    DATED this 24th day of February, 2022.

**PRINCE LAW GROUP**    **WINNER BOOZE & ZARCONE**

/s/ Kevin T. Strong    /s/ Matthew J. Douglas
DENNIS M. PRINCE    THOMAS E. WINNER
Nevada Bar No. 5092    Nevada Bar No. 5168
KEVIN T. STRONG    MATTHEW J. DOUGLAS
Nevada Bar No. 12107    Nevada Bar No. 11371
ANDREW R. BROWN    1117 South Rancho Drive
Nevada Bar No. 15875    Las Vegas, Nevada 89102
10801 W. Charleston Boulevard    Tel: (702) 243-7000
Suite 560    Fax: (702) 243-7059
Las Vegas, Nevada 89135    Attorneys for Defendant
Tel: (702) 534-7600    *GEICO Advantage Insurance Company*
Fax: (702) 534-7601
Attorneys for Plaintiff
*Christa Everhart*

**GRANTED.** The scheduling conference **ORDER**
is **CONTINUED** to 10:00 a.m. on March
4, 2022, in Courtroom 3C.
.
IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 25, 2021

