1  THOMAS E. WINNER
   Nevada Bar No. 5168
2  MATTHEW J. DOUGLAS
   Nevada Bar no. 11371
3  WINNER BOOZE & ZARCONE
   1117 South Rancho Drive
4  Las Vegas, Nevada 89102
   Phone (702) 243-7000
5  Facsimile (702) 243-7059
   twinner@winerfirm.com
6  mdouglas@winneerfirm.com

7  *Attorneys for Defendant*
   *Geico Advantage Insurance Company*

8
                    UNITED STATES DISTRICT COURT
9
                          DISTRICT OF NEVADA
10

11 | CHRISTA EVERHART, an individual,        | CASE NO.: 2:22-cv-00026-JCM-NJK |
12 |        Plaintiff,                       |                                 |
   | vs.                                     | **STIPULATION TO STAY MATTER**  |
13 |                                         | **PURSUANT TO BINDING**         |
   | GEICO ADVANTAGE INSURANCE               | **ARBITRATION AGREEMENT**       |
14 | COMPANY, a foreign corporation; DOES I  |                                 |
   | - X, inclusive; and ROE BUSINESS        |                                 |
15 | ENTITIES I - X, inclusive,              |                                 |
16 |        Defendant.                       |                                 |

17      On February 15, 2022 the parties filed their proposed Discovery Plan and Scheduling

18 Order. Document 10. On March 4, 2022 this Court held a Scheduling Conference (Document No.

19 15) and entered a Discovery Scheduling Order (Document No. 16) with a deadline for discovery

20 of July 5, 2022 and a dispositive motion deadline of August 3, 2022.

21      Since that Scheduling Order was filed and, upon further discussion of the parties, the

22 parties have agreed to a private binding arbitration in effort to resolve all disputes between the

23 parties. The parties expect the arbitration to be held in late August or, early September 2022. The

24 parties anticipate that, following the binding arbitration, the parties will enter a dismissal of this

25 action.

26      However, until such arbitration is complete and the arbitration agreement fulfilled, the

27

28

Page 1 of 3

parties believe a further stay of Discovery in this matter is beneficial to avoid expense and conserve resources pending the outcome of the binding arbitration.

Therefore, the parties respectfully request that a further stay of all Discovery in this matter pending resolution of the binding arbitration and requests this court set a status for late September 2022 regarding status the arbitration and/or dismissal of this action.

DATED this ___ day of April, 2022.

**WINNER BOOZE & ZARCONE**

By: */s/ Thomas E. Winner*
Matthew J. Douglas (#11371)
Thomas E. Winner (#5168)
1117 South Rancho
Las Vegas, Nevada 89102

*Attorneys for Defendant Geico Advantage Ins. Co.*

DATED this ___ day of April, 2022.

**PRINCE LAW GROUP**

By: */s/Kevin T. Strong*
Kevin T. Strong (#12017)
Dennis M. Prince (#5092)
10801 W. Charleston Blvd., Ste. 560
Las Vegas, NV 89135

*Counsel for Plaintiff Christa Everhart*

/ / /

IT IS SO ORDERED.
Dated: April 29, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

/ / /

/ / /