# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTA EVERHART,<br>　　Plaintiff(s),<br>v.<br>GEICO ADVANTAGE INSURANCE COMPANY,<br>　　Defendant(s). | Case No. 2:22-cv-00026-JCM-NJK<br><br>**ORDER** |

On April 29, 2022, discovery was stayed so the parties could engage in a binding arbitration in August or September.  Docket No. 20.  The parties are hereby ORDERED to file a joint status report by December 20, 2022.

IT IS SO ORDERED.

Dated: December 2, 2022

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1