# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTA EVERHART,

    Plaintiff(s),

v.

GEICO ADVANTAGE INSURANCE COMPANY,

    Defendant(s).

Case No. 2:22-cv-00026-JCM-NJK

**ORDER**

On April 29, 2022, discovery was stayed so the parties could engage in a binding arbitration in August or September. Docket No. 20. The binding arbitration is now set for January 13, 2023. Docket No. 22 at 2. Dismissal papers or a joint status report must be filed by February 15, 2023.

IT IS SO ORDERED.

Dated: December 8, 2022

                                            Nancy J. Koppe
                                            United States Magistrate Judge