1  THOMAS E. WINNER
   Nevada Bar No. 5168
2  MATTHEW DOUGLAS
   Nevada Bar No. 11371
3  WINNER & BOOZE
   1117 South Rancho Drive
4  Las Vegas, Nevada 89102
   Phone (702) 243-7000
5  Facsimile (702) 243-7059
   mdouglas@winnerfirm.com
6
   *Attorneys for Defendant GEICO Advantage Insurance*
7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10 | CHRISTA EVERHART, an individual, | 2:22-cv-00026-JCM-NJK |
11 |     Plaintiff, | |
12 | vs. | |
13 | GEICO ADVANTAGE INSURANCE COMPANY, a foreign corporation; DOES I - X, inclusive; and ROE BUSINESS ENTITIES I - X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
15 |     Defendant. | |

16    IT IS HEREBY STIPULATED by and between Kevin T. Strong, Esq. of the PRINCE

17 LAW GROUP, attorney for the Plaintiff, CHRISTA EVERHART, and Thomas Winner and

18 Matthew J. Douglas, of the law firm of WINNER & BOOZE, attorneys for Defendant, GEICO

19 ADVANTAGE INSURANCE COMPANY, that the Plaintiff's Complaint be dismissed with

20 prejudice, and each party to bear their own costs and attorney's fees.

21    IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced

22 matter.

23 ///
24 ///
25 ///
26 ///
27 ///
28

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 27th day of December, 2022.

WINNER & BOOZE

*/s/ Matthew J. Douglas*
Thomas Winner
Nevada Bar No. 5168
Matthew J. Douglas
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant*

PRINCE LAW GROUP

Kevin T. Strong, Esq.
Nevada Bar No. 12107
10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135
*Attorneys for Plaintiff*

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED January 3, 2023.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

WINNER & BOOZE, LTD.

/s/ Matthew J. Douglas
Thomas Winner
Nevada Bar No. 5168
Matthew J. Douglas
Nevada Bar No. 11371
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:22-cv-00026-JCM-NJK